PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
MATHEW W. PILE (WSBA 32245)
Associate General Counsel
Office of Program Litigation, Office 7
LORI A. LOOKLISS (MICHIGAN BAR P64099)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (410) 966-3808
lori.lookliss@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHEN GAINES,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 3:24-cv-09127-LJC<br><br><br><br><br>STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING DEFENDANT'S TIME TO FILE RESOPNSE TO PLAINTIFF'S BRIEF |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 30-day extension of time, from May 19, 2025 to June 18, 2025, for Defendant to respond to Plaintiff's Brief in Support of Reversal of the Decision of the Commissioner and Remand (Dkt. No. 14).

    This is Defendant's first request for an extension of time. Good cause exists for this Extension. Defendant is asking for more time to respond to Plaintiff's brief. Upon review of

Plaintiff's brief and the transcript, Defendant requires more time to consult with the client and Plaintiff regarding settlement options in this case and to file a responsive brief absent settlement. Therefore, Defendant requests an additional 30-day extension.

The Office of the General Counsel contacted Plaintiff's counsel, and there is no objection to this motion. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience. Defense counsel believes the requested extension should allow sufficient time to address the issues.

Plaintiff does not oppose Defendant's request for an extension of time. The parties further stipulate that the deadline for any reply by Plaintiff, if necessary, will be extended accordingly.

Pursuant to Section 5-1(i)(3) of the Civil Local Rules of the United States District Court for the Northern District of California, I certify that the content of this document is acceptable to counsel for Plaintiff and that I have obtained authorization from Jacob Robert's office, to affix their electronic signature to this document.

DATED May 14, 2025

Respectfully submitted,

/s/ *Jacob Robert*
JACOB ROBERT
(*as authorized via email May 14, 2025)
Attorney for Plaintiff

PATRICK D. ROBBINS
United States Attorney

By: s/ *Lori A. Lookliss*
LORI A. LOOKLISS
Special Assistant United States Attorney
Office of Program Litigation, Office 7

Attorneys for Defendant

ORDER

1
2  Pursuant to stipulation, IT IS SO
3  ORDERED. Dated:  May 15, 2025        _____
                                        THE HONORABLE LISA J. CISNEROS
4                                       United States Magistrate Judge